# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1611

_____

| | | |
|---|---|---|
| Allison Chapman, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| U.S. Bank, N.A., a Minnesota | * | District of Minnesota. |
| Corporation, formerly known as | * | |
| Heritage Bank Inc., former Montana | * | [UNPUBLISHED] |
| Corporation, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: May 6, 2009
Filed: May 8, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Allison Chapman appeals the district court's[1] denial of her motion for reconsideration. We hold that the district court did not abuse its discretion in denying reconsideration, because Chapman raised arguments that she could have raised in a timely appeal. See Sanders v. Clemco Indus., 862 F.2d 161, 169-70 (8th Cir. 1988)

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

(standard of review; court was not required to grant Rule 60(b) motion where it raised ground for relief that could have been raised in timely appeal).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____